IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:12cv87

| | |
|---|---|
| ELIZABETH BOSTIC and J.B., a minor child, by and through JENNY BOSTIC, his parent and legal Guardian, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | **ORDER** |
| ELYSE MADER and JOHANNA MADER, ) ) ) ) | |
| Defendants. ) ) | |

Pending before the Court is the Motion to Dismiss [# 9]. Plaintiff filed an Amended Complaint as a matter of course within twenty one days of service of the Defendant's motion. Accordingly, the Court **DENIES as moot** the Motion to Dismiss [# 9].

Signed: February 12, 2013

Dennis L. Howell
United States Magistrate Judge

-1-