IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:12cv87

| | |
|---|---|
| ELIZABETH BOSTIC and J.B., a minor child, by and through JENNY BOSTIC, his parent and legal Guardian, )<br>)<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ELYSE MADER and JOHANNA MADER, )<br>)<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

Pending before the Court is the Motion to Dismiss [# 9]. Plaintiff filed an Amended Complaint as a matter of course within twenty one days of service of the Defendant's motion. Accordingly, the Court **DENIES as moot** the Motion to Dismiss [# 9].

Signed: February 12, 2013

Dennis L. Howell
United States Magistrate Judge

-1-