# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CIVIL CASE NO. 2:12cv87

| | |
|---|---|
| ELIZABETH BOSTIC, and <br> J.B., a minor Child, by and through <br> JENNY BOSTIC, his parent and legal <br> guardian, <br><br> Plaintiffs, <br><br> vs. <br><br> ELYSE MADER and JOHANNA MADER, <br><br> Defendants. | ORDER |

**THIS MATTER** is before the Court on the Defendants' Renewed Motion to Dismiss Plaintiffs' Claims for Punitive Damages and Plaintiffs' Claims against Defendant Johanna Mader in the First Amended Complaint [Doc. 18].

The Plaintiffs, who are represented by counsel, have filed no response to this motion and the time within which to do so has expired. Having reviewed the motion and the Memorandum of Law submitted in support thereof, the Court finds that it is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the Defendants' Renewed Motion to Dismiss Plaintiffs' Claims for Punitive Damages and Plaintiffs' Claims against Defendant Johanna Mader in the First Amended Complaint [Doc. 18] is hereby **GRANTED** and the Plaintiffs' claims for punitive damages against the Defendants are hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that the Plaintiffs' claims against Defendant Johanna Mader are hereby **DISMISSED.**

Signed: March 14, 2013

Martin Reidinger
United States District Judge