| | | |
|---|---|---|
| ELIZABETH BOSTIC and J.B., a minor | ) | |
| Child, by and through JENNY BOSTIC, | ) | |
| His parent and legal guardian, | ) | |
| | ) | |
|     Plaintiffs | ) | |
| | ) | **ORDER** |
| v | ) | |
| | ) | |
| ELYSE MADER and JOHANNA MADER, | ) | |
| | ) | |
|     Defendants | ) | |

**THIS MATTER** has come before the undersigned pursuant to a review of the file in this matter.  It appears that the parties were directed by the Clerk of this Court to, within fourteen (14) days of February 13, 2013 conduct an Initial Attorneys Conference and file a Certificate of Initial Attorneys Conference within seven (7) days of the conference.  As of March 10, 2013 the parties have not filed the Certificate of Initial Attorneys Conference.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the parties shall file the Certificate of Initial Attorneys Conference on or before **March 20, 2013.**  Failure to do so

1

shall result in sanctions being issued for failure of the parties to comply with the directives of the Court.

Signed: March 14, 2013

Dennis L. Howell
United States Magistrate Judge