# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CIVIL CASE NO. 2:12cv87

| | |
|---|---|
| ELIZABETH BOSTIC, and J.B., a minor Child, by and through JENNY BOSTIC, his parent and legal guardian, <br><br> Plaintiffs, <br><br> vs. <br><br> ELYSE MADER, <br><br> Defendant. <br><br> ———————————————— <br><br> NATIONWIDE PROPERTY & CASUALTY INSURANCE CO., <br><br> Intevenor Defendant/Counter Claimant, <br><br> vs. <br><br> ELIZABETH BOSTIC, and J.B., a minor Child, by and through JENNY BOSTIC, his parent and legal guardian, <br><br> Counter Defendants. | ORDER |

**THIS MATTER** is before the Court on the Plaintiffs' Motion to Reconsider Order Granting Defendants' Motion to Dismiss [Doc. 29] and

Nationwide Property & Casualty Insurance Company's (Nationwide) Motion to Intervene pursuant to Rule 24 [Doc. 37].

The Plaintiffs failed to file any response to the insurance carrier's motion to intervene. Nationwide reports that counsel for Defendant Elyse Mader consents to the motion. [Doc. 37]. The Court has reviewed the motion and finds it should be granted. Since Nationwide is now a party to the action, the Court will provide a period of time within which it may file response to the pending motion to reconsider. The caption of the case has been amended to reflect Nationwide's intervention.

**IT IS, THEREFORE, ORDERED** that Nationwide Property & Casualty Insurance Company's Motion to Intervene pursuant to Rule 24 [Doc. 37] is hereby **GRANTED** and the Answer to Amended Complaint with Counterclaim is hereby deemed filed.

**IT IS FURTHER ORDERED** that the time within which to reply to the Counterclaim shall commence from the filing of this Order.

**IT IS FURTHER ORDERED** that on or before fifteen (15) days from entry of this Order, Nationwide may file response to the Plaintiffs' Motion for Reconsideration [Doc. 29].

Signed: May 22, 2013

Martin Reidinger
United States District Judge