# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:12cv87

| | | |
|---|---|---|
| ELIZABETH BOSTIC and J.B., a minor child, by and through JENNY BOSTIC, his parent and legal Guardian, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| ELYSE MADER | ) ) ) | |
| Defendant. | ) ) | |

Pending before the Court is the Motion to Compel [# 46]. In response to the Motion to Compel, Plaintiffs indicate that the parties have reached a settlement of this matter and that a stipulation of dismissal will soon be filed. Accordingly, the Court **DENIES without prejudice** the motion [# 46]. If the parties are unable to finalize the settlement of this matter, then Defendant may renew her Motion to Compel, and the Court will construe it as having been filed on September 6, 2013.

Signed: November 6, 2013

Dennis L. Howell
United States Magistrate Judge