IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:12-CV-87-MR-DLH

| | |
|---|---|
| ELIZABETH BOSTIC , and )<br>J.B., a minor Child, by and through )<br>JENNY BOSTIC, his parent and legal )<br>guardian, )<br>)<br>        Plaintiffs, )<br>)<br>        vs. )<br>)<br>ELYSE MADER and JOHANNA MADER )<br>)<br>        Defendants. )<br>_____ )<br>)<br>NATIONWIDE PROPERTY & CASUALTY )<br>INSURANCE CO., )<br>)<br>   Intevenor Defendant/Counter Claimant, )<br>)<br>        vs. )<br>)<br>ELIZABETH BOSTIC , and )<br>J.B., a minor Child, by and through )<br>JENNY BOSTIC, his parent and legal )<br>guardian, )<br>)<br>        Counter Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** **i**s before the Court on the Report of the Mediator advising that this case has been settled [Doc. 53]. The Court will allow the parties thirty (30) days within which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: December 16, 2013

Martin Reidinger
United States District Judge